**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  In the Interest of A.F.R. AKA Baby Boy R

Appellate case number:  01-20-00355-CV

Trial court case number:  2018-04986J

Trial court:  315th District Court of Harris County

Date motion filed:  November 30, 2020

Party filing motion:  Appellant

It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 49.7.

Judge's signature: _____/s/ Sherry Radack_____
            Acting for the Court

En banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: ___December 31, 2020_____